**MUFTHIHA SABARATNAM, ESQ.**  (State Bar No. 162982)
**Law Offices of Mufthiha Sabaratnam**
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone No. (510) 205-0986
Facsimile No. (510) 225-2417

Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | **Case Number: 18-41099 WJL** |
| Marc S. Protenic | STATUS CONFERENCE STATEMENT |
| | HEARING: |
| Dena J. Protenic | DATE: 7/18/2018 |
| | TIME: 10.30 a.m. |
| | CTRM: 220 |
| | Hon. William J. Lafferty |
| Debtor. | 1300 Clay Street, |
| | Oakland, CA 84612 |

TO THE HON. WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE;

UNITED STATES TRUSTEE; CREDITORS AND ALL OTHER INTERESTED PARTIES:

Marc S. Protenic and Dena J. Protenic, (hereinafter Debtors ), the Debtors and Debtors-in-Possession in the above-referenced matter, filed on for protection under Chapter 11 on May 10, 2018, hereby submits this Status Report as follows:

STATUS REPORT

- 1 -

1. **UST Requirements:**

   Debtors have submitted all UST requirements and appeared at the IDI and 341 meeting of creditors.

2. **MORS**

   Debtors have filed the MOR for the month of May. Debtors will have filed the MOR for June on or before the hearing set for July 18, 2018..

3. **Proofs of Claim**

   **The IRS filed the first POC on May 16 , 2018. And amended claim was filed by the IRS on 6/28/2018. While the debtor has filed all his tax returns, IRS has listed in the second proof of claim filed that the tax returns for 2016 and 2017 have not been filed. The other proofs of claim filed are the claim of the Franchise Tax Board, and the Claim of an unsecured creditor, Bosco credit LLC. The** Deadline for filing claims is set for 09/04/2018. Debtor will pay 100% of all priority debts to the IRS and State. The rest of the creditors will receive at least ten cents on the dollar.   As soon as the IRS receives all the tax returns that have been filed and assuming that the proof of claim would be amended accordingly Debtor will consider if it is necessary to file an objection to claim or resolve the matter informally.

4. **Employment of Professionals**

   At this time the only professional the Debtors will be employing is General Counsel in this case. The Application to Employ was filed on May 12, 2018. **The order was signed June 6, 2018.**

5. **Debtors Post Petition operations, revenue etc;**

    DebtorS will be taking out estimated taxes as listed in Schedule J in order to stay current with  payments to the relevant taxing authorities.

**DATED: July 9, 2018**

  Respectfully submitted,

                                        /s/Mufthiha Sabaratnam
                                        Mufthiha Sabaratnam
                                        Counsel

STATUS REPORT

- 2 -

# PROOF OF SERVICE

**State of California )**
**County of Alameda )**

I declare under penalty of perjury under the laws of the United States of America that I am a resident of and employed in the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1300 Clay Street, Suite 600, Oakland, CA 94612.

On July 9, 2018, I served the within **STATUS CONFERENCE STATEMENT** on the concerned parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See List attached

X____ (By Mail) I am readily familiar with the business practice for the collection and processing of correspondence for mail with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business in the United States mailed at Oakland, California.

____ (By Hand) I caused such envelope to be delivered by hand to the offices of the addressee(s).

_____ (By Facsimile) I caused such document to be sent via facsimile telecommunication transmission to the offices of the addressee(s).

_____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X____ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 9, 2018 at Oakland, California.

/s/Mufthiha Sabaratnam
Mufthiha Sabaratnam

STATUS REPORT

- 3 -

**In re: Marc Protenic and Dena Protenic**

**Case Number: 17-42275**

<u>Debtor</u>s
**Marc S. Protenic**
**Dena Protenic**
110 Sienna Place
Danville, CA 94506

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
• Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
•Mufthiha Sabaratnam    mufti@taxandbklaw.com


**Creditors: See Court Service list attached**

STATUS REPORT

- 4 -

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-4<br>Case 18-41099<br>Northern District of California<br>Oakland<br>Tue Jun  5 05:43:03 PDT 2018 | Bosco Credit LLC<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705-7811 | U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612-1426 |
| ALLIANCEONE<br>PO BOX 2449<br>Gig Harbor, WA 98335-4449 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bmby/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Bosco Credit LLC<br>c/o Dean Prober - Prober and Raphael<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | Bridgeport Financial<br>1111 Willow St Fl 2<br>San Jose, CA 95125-3158 | CHASE RECEIVABLES<br>1247 BROADWAY<br>Sonoma, CA 95476-7503 |
| (p)CREDIT BUREAU ASSOCIATES<br>PO BOX 150<br>FAIRFIELD CA 94533-0150 | Cal State Emp Cr Un 9<br>Po Box 271768<br>Concord, CA 94527 | Creditors Bureau USA<br>Attn: Bankruptcy<br>757 L Street<br>Fresno, CA 93721-2998 |
| Esb/harley Davidson Cr<br>Po Box 21829<br>Carson City, NV 89721-1829 | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154-8000 | Franchise Tax Board<br>Bankruptcy Section,MS:A-340<br>P.O.Box 2952<br>Sacramento, CA 95812-2952 |
| (p)FRANKLIN CREDIT MANAGEMENT CORP<br>101 HUDSON STREET<br>25TH FLOOR<br>JERSEY CITY NJ 07302-3984 | Gary Fong DDS<br>22551 2nd Street, #265<br>Hayward, CA 94541-4130 | HSBC/Bsbuy<br>PO Box 9<br>Buffalo, NY 14240-0009 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Linda Markel<br>1808Ridgeland Circle<br>Danville, CA 94526-5600 | Michael Strauss<br>696 San Ramon Valley Blvd., #306<br>Danville, CA 94526-4022 |
| Mohela/Dept of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Oakridge at Greystone Ranch Assn<br>2266 Camino Ramon<br>San Ramon, CA 94583-1353 | Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 |
| Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>450 Golden Gate Ave., 5th Fl., #05-<br>San Francisco, CA 94102-3405 | PINNACLE CREDIT SERVIC<br>7900 HIGHWAY 7 # 100<br>Minneapolis, MN 55426-4045 | Rash Curtis & Associates<br>Attn: Bankruptcy<br>Po Box 5790<br>Vacaville, CA 95696-5790 |
| Raymond Hoyt<br>6520 N. Colfax Street<br>Coeur D Alene, ID 83815-9229 | Safeamerica FCU<br>6001 Gibralter Dr<br>Pleasanton, CA 94588-2707 | Safeamerica Federal<br>6001 Gibraltar Dr<br>Pleasanton, CA 94588-2707 |

| | | |
|---|---|---|
| Sears/CBNA<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Stanislaus Credit Control Service, Inc.<br>Po Box 480<br>Modesto, CA 95353-0480 | Syncb/Discount Tire<br>PO Box 981439<br>El Paso, TX 79998-1439 |
| Synchrony Bank/Discount Tire<br>Attn: Bankruptcy<br>Po Box 105972<br>Atlanta, GA 30348-5972 | TRUE NORTH AR<br>3105 FITE CIR STE 108<br>Sacramento, CA 95827-1812 | Technology Credit Unio<br>2010 N 1st St Ste 200<br>San Jose, CA 95131-2024 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Trojan Professional Se<br>4410 Cerritos Ave<br>Los Alamitos, CA 90720-2549 | USAA Savings Bank<br>PO Box 47504<br>San Antonio, TX 78265 |
| Universal/Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Verizon Wireless<br>1 Verizon Pl<br>Alpharetta, GA 30004-8510 | WF Crd Svc<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| Wachrl<br>PO Box 3117<br>Winston Salem, NC 27102-3117 | Wfhm<br>4101 Wiseman Blvd # Mc-t<br>San Antonio, TX 78251-4200 | Dena J Protenic<br>110 Sienna Place<br>Danville, CA 94506-4682 |
| Marc S Protenic<br>110 Sienna Place<br>Danville, CA 94506-4682 | Mufthiha Sabaratnam<br>Sabaratnam and Associates<br>1300 Clay St. #600<br>Oakland, CA 94612-1427 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | CREDIT BUREAU ASSOCIAT<br>460 UNION AVE<br>Fairfield, CA 94533 | Franklin Credit Mngmnt<br>101 Hudson St<br>Jersey City, NJ 07302 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)04 Contra Costa County | (u)ALLIANCEONE RECEIVABLE<br>6565 KIMBALL DR<br>GIG HARBOR | (u)Calif Emergency |

| | | |
|---|---|---|
| (u)Citibank | (u)Contra Costa County | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)John Muir Health Wal | (u)John Muir Physician |
| (u)Lee Chiropractic | (u)Mark S Nadler DMD | (u)Med 02 Calif Emerge |
| (u)Ucsf Predoctoral Cln | End of Label Matrix<br>Mailable recipients 46<br>Bypassed recipients 13<br>Total 59 | |